

**ORDERED in the Southern District of Florida on April 12, 2013.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                    Case No. 13-17153-EPK

**DEWAYNE PARKER,**                                        Chapter 13

     Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND**
**TIME TO FILE REQUIRED DOCUMENTS**

THIS MATTER came before the Court upon the *Motion to Request an Extension of Time to File Schedules and Other Pertinent Documents to Cure Deficiencies* [ECF No. 10] (the "Motion") filed by Dewayne Parker (the "Debtor").   The Debtor seeks an eight-day extension—through April 20, 2013—to file several required documents.

Upon consideration of the Motion, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.    The Motion [ECF No. 10] is GRANTED to the extent set forth herein.

2.    The Debtor has through April 22, 2013 to file the following documents:

a. Summary of Schedules;

b. Schedules A-J;

c. Statement of Financial Affairs;

d. Statement of Current Monthly Income and Disposable Income Calculation;

e. Declaration Concerning Debtor's Schedules;

f. Copies of payment advices; and

g. Chapter 13 Plan

3.    If the Debtor fails to file the above-listed documents on or before April 22, 2013 the case shall be dismissed without further notice.

###

Copies furnished to:

All parties of record.