UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

TREENA M. TAYLOR,                                          Case No. 13-14557-EPK

    Debtor                                                  Chapter 13

_____/

DEWAYNE PARKER,                                            Case No. 13-17153-EPK

    Debtor.                                                 Chapter 13

_____/

IJEOMA STONE,                                              Case No. 13-20994-EPK

    Debtor.                                                 Chapter 13

_____/

WILLIAM R. KAZAKAVAGE, SR.                                 Case No. 12-34019-EPK
And LAURA K. KAZAKAVAGE
                                                       Chapter13

    Debtor.

_____/

**MOTION FOR REHEARING ON THREE ORDERS; MOTION TO STAY DISGORGEMENT OF FEES, SANCTIONS AND DAMAGES AND MOTION FOR AN EXTENSION TO FILE REQUIRED 14 DAY NOTICE ON:**

**ORDER (I) DIRECTING JOSEPH T. SCHIAVONE, JR. TO DISGORGE FEE TO DEBTOR; (II) DIRECTING JOSEPH T. SCHIAVONE, JR. TO PAY DAMAGES AND SANCTIONS TO DEBTOR; AND (III) DIRECTING HERBERT W. BIGGS, ESQ. TO DISGORGE FEE TO DEBTOR (Taylor Case), DATED AUGUST 20, 2013**

**ORDER ENJOINING JOSEPH T. SCHIAVONE, JR. FROM ACTING AS BANKRUPTCY PETITION PREPARER IN THE SOUTHERN DISTRICT OF FLORIDA (Taylor and Parker Cases), DATED AUGUST 20, 2013**

1

**ORDER SUSPENDING HERBERT W. BIGGS, ESQ. FROM PRACTICE BEFORE THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA (Kazakavage, Parker, and Stone Cases), DATED August 20, 2013, and**

Joseph T. Schiavone, Jr., Pro Se, files this his: Motion for Rehearing on Three Orders (collectively known as the "Disgorgement Orders"); Motion To Stay Disgorgement Of Fees, Sanctions And Damages And Motion For An Extension To File Required Fourteen Day Notice On:

Order (I) Directing Joseph T. Schiavone, Jr. To Disgorge Fee To Debtor; (Ii) Directing Joseph T. Schiavone, Jr. To Pay Damages And Sanctions To Debtor; And (Iii) Directing Herbert W. Biggs, Esq. To Disgorge Fee To Debtor (Taylor Case), Dated August 20, 2013

Order Enjoining Joseph T. Schiavone, Jr. From Acting As Bankruptcy Petition Preparer In The Southern District Of Florida (Taylor And Parker Cases), Dated August 20, 2013

Order Suspending Herbert W. Biggs, Esq. From Practice Before The United States Bankruptcy Court For The Southern District Of Florida (Kazakavage, Parker, And Stone Cases), Dated August 20, 2013, And

As follows:

1. The Court held a hearing on July 11, 2013 which resulted in the above three Orders. Schiavone did not attend the hearing due to no notice. Schiavone is requesting a rehearing on the matter has he has legitimate defenses to this matter.

2. Schiavone paid Debtor Stone and Kazakavage back in full. Schiavone has defenses to the sanction in regards to Taylor.

3. Schiavone would like to present to this Court the facts as to the representation and payments from the Debtors as to why an injunction should not be issued as a violation of 11 U.S.C. §110 (i)(1).

4. Schiavone would like to present testimony as to funds received and services rendered as to show why the disgorgement amounts are unfair, as to his financial situation as to why they

cannot be paid in full within Ten(10) days of August 20, 2013, and as to amounts. The Order was only received in the mail by Schiavone as of Wednesday, August 28, 2013 and Schiavone would like to seek counsel to represent him in this matter and needs time to secure counsel and file proper responses and prepare for a proper evidentiary hearing.

5. Pending a new hearing on this matter, it is requested the Ten (10) day disgorgement deadline and the Fourteen (14) Day Notice requirements be stayed due to hardship and amount. Schiavone is requesting this extension in good faith and is prepared to appear before this Honorable Court and present his testimony and comply with any resulting Orders after a hearing upon notice.

WHEREFORE, it is respectfully requested that this Honorable Court, set aside the Disgorgement Orders as pertains to himself, to order a rehearing of the July 11, 2013 hearing which resulted in the Orders, the Ten (10) day disgorgement deadline and the Fourteen (14) Day Notice requirements be stayed due to hardship and amount and pending the rehearing.

Respectfully submitted,

Joseph T. Schiavone, Jr.
521 Northlake Boulevard, #4
North Palm Beach, Florida 33408
561-840-8705

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY was mailed to: Hebert W. Biggs, Esq., P.O. Box 2102, Jupiter, Florida 33468; and all parties of record on this 30th day of August, 2013.